UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN V. GALLOS,<br>          Plaintiff,<br><br>v.<br><br>WHEELOCK COLLEGE, a corporation, JACKIE JENKINS-SCOTT, in her official and individual capacities, DAVID CHARD, in his official and individual capacities, and KATHERINE S. TAYLOR, in her official and individual capacities.<br>          Defendants. | C.A. No. 1:16-cv-11884-MLW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice and without costs, with all rights of appeal to be waived.

| | |
|---|---|
| **JOAN V. GALLOS,**<br><br>By her attorney, | **WHEELOCK COLLEGE, JACKIE JENKINS-SCOTT, DAVID CHARD, and KATHERINE S. TAYLOR,**<br><br>By their attorneys, |
| /s/ Jonathan J. Margolis<br>Jonathan J. Margolis (BBO No. 319980)<br>*jmargolis@theemploymentlawyers.com*<br>Beth R. Myers (BBO No. 676043)<br>*beth@theemploymentlawyers.com*<br>Powers, Jodoin, Margolis & Mantell LLP<br>111 Devonshire Street, 4th Floor<br>Boston, MA 02109<br>(617) 742-7010 | /s/ Scott A. Roberts<br>Scott A. Roberts (BBO No. 550732)<br>*sroberts@hrwlawyers.com*<br>Tobias W. Crawford (BBO No. 678621)<br>*tcrawford@hrwlawyers.com*<br>HIRSCH ROBERTS WEINSTEIN LLP<br>24 Federal Street, 12th Floor<br>Boston, Massachusetts 02110<br>(617) 348-4300 |

Dated: August 22, 2017